**Electronically Filed
Supreme Court
SCPW-23-0000603
13-DEC-2023
08:02 AM
Dkt. 28 ODMR**

SCPW-23-0000603

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE KAIPOLANI ELIZABETH IAEA

_____

ORIGINAL PROCEEDING

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: Recktenwald, C.J., Eddins, J., Circuit Judge Cahill, in place of
McKenna, J., recused, Circuit Judge Kawamura and Circuit Judge
Remigio, assigned by reason of vacancies)

Upon consideration of the letter from Petitioner Kaipolani Elizabeth Iaea, filed with this court on December 6, 2023, which the court construes as a motion for reconsideration of the order denying petition, filed December 1, 2023, and the record,

It is ordered that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, December 13, 2023.

/s/ Mark E. Recktenwald

/s/ Todd W. Eddins

/s/ Peter T. Cahill

/s/ Shirley M. Kawamura

/s/ Catherine H. Remigio

